No. 641. THE PEOPLE, RESPONDENT, *v.* DÍAZ ET AL., APPELLANT.—

No. 642. THE PEOPLE, RESPONDENT, *v.* MALABÉ, APPELLANT.—

Appeals from the District Court of Guayama. Decided

November 18, 1913. Judgments appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.